UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-7752-GW (SSx) | Date | February 21, 2017 |
|---|---|---|---|
| Title | *Catheryn Tran v. Devry University, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:         Attorneys Present for Defendants:

None Present                                            None Present

**PROCEEDINGS (IN CHAMBERS):    ORDER TO SHOW CAUSE RE: SETTLEMENT**

On February 17, 2017, Plaintiff Catheryn Tran filed a Notice of Settlement. The Court sets an Order to Show Cause re: Settlement Hearing for April 17, 2017 at 8:30 a.m.

The parties are advised that the order to show cause will be vacated and no appearance will be required provided that a Stipulation to Dismiss, with a proposed order, is filed by noon on April 14, 2017.

All previously set deadlines and dates are vacated and taken off-calendar.

:

Initials of Preparer    JG